IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY WILLIAMS** | : CIVIL ACTION NO. 1:13-CV-2140 |
| Petitioner | : (Judge Kane) |
| | : (Magistrate Judge Blewitt) |
| v. | : |
| | : |
| **MICHAEL WENEROWICZ, et al.** | : |
| Respondent | : |

## O R D E R

Before the Court in the captioned action is a September 5, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) The Petition for Writ of Habeas Corpus, (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk of Court shall close the file.

                                                s/ Yvette Kane
                                                YVETTE KANE, Judge
                                                United States District Court
                                                Middle District of Pennsylvania

Dated: October 8, 2013.