IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY WILLIAMS** : | **CIVIL ACTION NO. 1:13-CV-2140** |
| Petitioner : | **(Judge Kane)** |
| : | **(Magistrate Judge Saporito)** |
| v. : | |
| : | |
| **MICHAEL WENEROWICZ, et al.** : | |
| Respondent : | |

## O R D E R

Before the Court in the captioned action is a March 17, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito.

2) The Petition for Writ of Habeas Corpus, (Doc. No. 6) is **DISMISSED.**

3) The Motion for Argument (Doc. No. 33) is **DENIED AS MOOT.**

3) The Clerk of Court shall **CLOSE** the file.

                                              s/ Yvette Kane
                                              YVETTE KANE, Judge
                                              United States District Court
                                              Middle District of Pennsylvania

Dated: April 6, 2015.